IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

INTEGRATED SPORTS MEDIA, INC.,   )
                                 )
            Plaintiff,           )
                                 )
v.                               )   Civil Action No. 1:11CV839
                                 )
BURUCA BROTHER'S VIRGINIA        )
INC.                             )
AND                              )
JOHN DOE,                        )
            Defendants.          )
                                 )

ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated November 1, 2011. Defendant has not filed any objections to the Report and Recommendation. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that default judgment is entered in favor of Plaintiff against Defendant Buruca Brother's Virginia, Inc. on Plaintiff's second claim of relief under 47 U.S.C. § 605 in the amount of $7,219.12 representing statutory damages in the amount of $2,000, enhanced damages in the amount of $2,000.00 and attorney's fees and costs in the amount of $3,219.12 and this case is hereby DISMISSED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
November 2(, 2011